UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

* * * * * * * * * * * * * * * * * * *

Ollie Polk, III,

Plaintiff,

ORDER

vs.

VA Medical Center - Seattle, and the Department of Veteran Affairs,

Defendants.

Civ. No. 01-1295 (RHK/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 25th day of July, 2001.

* * *

This matter came before the undersigned United States Magistrate Judge pursuant to a routine review, in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(A), upon the Plaintiff's application to proceed in forma pauperis.

As a part of that application, the Plaintiff has averred that he is not employed, and that he does not own any real estate, stocks, bonds, securities, or other valuable possessions. He further attests that, during the past twelve months, he has not

Filed JUL 25 2001
Richard D. Sletten, CLERK
JUDGMENT ENTD
DEPUTY CLERK

received any money from businesses, rent payments, pensions, annuities, disability payments, or any other sources.

Given these showings, we conclude that the Plaintiff is entitled to proceed in forma pauperis. Therefore, the Plaintiff's application to proceed in forma pauperis is granted. See, Title 28 U.S.C. §1915(a)(1).

NOW, THEREFORE, It is --

ORDERED:

1. That the Plaintiff's application for in forma pauperis status [Docket No. 2] is granted.

2. That the Clerk of Court shall issue a Summons and the United States Marshal shall serve a copy of the Complaint and Summons upon the Defendants as directed by the Plaintiff, and that all costs of service shall be advanced by the United States.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE